UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARIA ISABEL NUNES
Plaintiff

v. CA NO.

AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, in trust for the registered holders of AmeriQuest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R1
Defendants

**ENTRY OF APPEARANCE**

I hereby enter my appearance for the Defendant, Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of AmeriQuest Mortgage Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-R1.

Michael J. Kiselica, Esq., R.I. Bar No. 2419
One Turks Head Place, Suite 1440
Providence, RI 02903
Tel: (401) 421-0300
Fax: (401) 490-7023

**CERTIFICATION**

I hereby certify that on August 5, 2008 I hand-delivered a copy of the foregoing Entry of Appearance to Ralph E. Stokes, Esq., Counsel for Plaintiff.

Michael J. Kiselica