RECEIVED

AUG 12 2008

U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARIA ISABEL NUNES
Plaintiff

v. C. A. NO. 08 CV 298 ML

AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, in trust for the registered holders of AmeriQuest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R1
Defendant

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

This matter came before the Court on August 5, 2008, Chief Judge Lisi presiding, on the Plaintiff's Motion for a Temporary Restraining Order. After hearing thereon during which Defendant Deutsche Bank National Trust Company was represented by counsel and objected, it is hereby

**ORDERED**

that Plaintiff's Motion for a Temporary Restraining Order is **DENIED.**

**ENTER:**

Mary M. Lisi USDJ
Dated: August 14, 2008

**BY ORDER:**

Barbara Barletta

**PRESENTED BY:**

Michael J. Kiselica
Michael J. Kiselica, Esq.
Counsel for Defendant
Deutsche Bank National Trust Company